XAVIER BECERRA
Attorney General of California
GERALD A. ENGLER
Chief Assistant Attorney General
LANCE E. WINTERS
Senior Assistant Attorney General
KENNETH C. BYRNE
Supervising Deputy Attorney General
JULIE A. HARRIS
Deputy Attorney General
State Bar No. 238672
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 897-7276
  Fax:  (213) 897-6496
  E-mail:  DocketingLAAWT@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NAILAH WHITE,**<br><br>Petitioner,<br><br>v.<br><br>**D.K. JOHNSON, Warden,**<br><br>Respondent. | Case No. CV 16-01863-DSF (JPR)<br><br>**APPLICATION FOR EXTENSION OF TIME; DECLARATION OF JULIE A. HARRIS** |

Respondent respectfully requests a thirty-day extension of time to and including June 26, 2017, to file an Answer to the Petition for Writ of Habeas Corpus.  The current due date is May 27, 2017.

///

///

///

1

1    As set forth in the attached Declaration of Julie A. Harris, this application is
2    made for good cause.

3    Dated:  May 19, 2017                Respectfully submitted,

4                                         XAVIER BECERRA
                                         Attorney General of California
5                                        GERALD A. ENGLER
                                         Chief Assistant Attorney General
6                                        LANCE E. WINTERS
                                         Senior Assistant Attorney General
7                                        KENNETH C. BYRNE
                                         Supervising Deputy Attorney General
8
                                         */s/  Julie A. Harris*
9                                        JULIE A. HARRIS
                                         Deputy Attorney General
10                                       *Attorneys for Respondent*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF JULIE A. HARRIS**

I, Julie A. Harris, declare as follows:

1.      I am an attorney authorized to practice law in California state courts and in federal courts including the United States District Court for the Central District of California.  I am a Deputy Attorney General employed in the Criminal Division of the California Department of Justice.  I am preparing this declaration in support of an extension request in *White v. Johnson*, case number 16-01863-DSF (JPR).

2.      I am the primary attorney assigned to handle this case on behalf of Respondent.  The current due date to file an Answer to the Petition for Writ of Habeas Corpus is May 27, 2017.  This is my first request for an extension of time since the denial of Respondent's Motion to Dismiss on April 11, 2017.

3.      I have been unable to draft an Answer due to my obligations in other cases.  Over the past forty-five days, I completed an answer in *Prestegui v. Madden* (case no. CV 16-08007-PA (MRW)) and a supplemental response in *Cadavid v. Vasquez* (case no. CV 04-00289-BRO (AJW)) which took a substantial amount of time because I was unfamiliar with both the facts of the case and the extremely lengthy procedural history.  I also reviewed and approved a district court pleading in my capacity as an assistant to the supervisor of one of our office's non-capital federal habeas corpus teams, and spent a significant amount of time reviewing the file and beginning to draft an appellee's brief in *Ceras v. Frauenheim* (Ninth Circuit case no. 15-55382).

4.      For the foregoing reason, I respectfully request an extension of time to and including June 26, 2017, to file an Answer.

///

///

///

1    5.    Because Petitioner is representing herself, and is in custody, I have not

2    contacted her to determine whether she has an objection to this extension request.

3        I declare under penalty of perjury under the laws of the United States of

4    America and California that this declaration is true.

5        Executed on May 19, 2017, at Los Angeles, California.

6                        _____/s/  Julie A. Harris_____

7                            JULIE A. HARRIS

8    LA2016500784
     52493172.doc

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

# CERTIFICATE OF SERVICE

Case Name:   **Nailah White v. D. K. Johnson,**        No.   **CV 16-01863-DSF (JPR)**
              **Warden**

I hereby certify that on <u>May 19, 2017</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## APPLICATION FOR EXTENSION OF TIME; DECLARATION OF JULIE A. HARRIS

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On <u>May 19, 2017</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Nailah White
WE7881
Central California Womens Facility
P O Box 1508
Chowchilla, CA 93610-1508

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>May 19, 2017</u>, at Los Angeles, California.

|                        |                        |
|------------------------|------------------------|
| Limin Chang            | /s/ Limin Chang        |
| Declarant              | Signature              |

LA2016500784
62403600.doc