**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NAILAH WHITE,                           ) Case No. CV 16-1863-DSF (JPR)
                  Petitioner,   )
                        )            **J U D G M E N T**
            v.                      )
                        )
JANEL ESPINOZA, Warden,                 )
                        )
                Respondent.   )
_____ )

    Pursuant to the Order Accepting Findings and Recommendations
of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with
prejudice.


DATED:  2/5/18

                               _____
                                DALE S. FISCHER
                                U.S. DISTRICT JUDGE